IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No. **2:09-cv-2089-dkv** |
| LAWRENCE NORTON, and AURORA LOAN SERVICES, LLC and GMAC MORTGAGE, LLC, ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO SUSPEND DEADLINES AND STAY LITIGATION

Comes now Plaintiff, Nationwide Mutual Fire Insurance Company, by and through counsel, after consultation with Counsel for Lawrence Norton, Counsel for Aurora Loan Services, LLC and Counsel for GMAC Mortgage, LLC, and moves this Court for suspension of the Rule 16 Scheduling Order deadlines and a Stay of Litigation in the above-styled matter. For good cause shown, the parties would inform the court that mediation has been scheduled in the underlying tort case pending in the Circuit Court of Shelby County, Tennessee which may resolve all issues in the present Declaratory Judgment Action.

Respectfully submitted,

s/ Russell E. Reviere
RUSSELL E. REVIERE , BPR #07166
JONATHAN D. STEWART, BPR #023039
RAINEY, KIZER, REVIERE & BELL, P.L.C.
*Attorneys for Plaintiff Nationwide Mutual Fire Insurance Company*
209 E. Main Street
P.O. Box 1147
Jackson, TN  38302‑1147
(731) 423‑2414

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was served upon the following counsel via this Court's electronic filing system:

Thomas W. Lawless (BPR # 09211)
Lawless & Associates, P.C.
Attorneys for Aurora Loan Services, LLC
Suite 403, The Customs House
701 Broadway
Nashville, Tennessee 37203
615-351-7839

Christian W. Hancock (BPR # 025812)
BRADLEY ARANT BOULT CUMMINGS, LLP
Attorneys for Defendant GMAC Mortgage, LLC
Bank of America Corporate Center
100 N. Tryon St., Suite 2690
Charlotte, NC 28202
704-338-6000

Terry C. Cox (BPR # 006836)
F. Auston Wortman, III (BPR # 024808)
Attorneys for Defendant Lawrence Norton
149 S. Rowlett
Collierville, TN 38017
901-853-3500

This the 25th day of June, 2009.

s/ Russell E. Reviere