IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE ) <br> INSURANCE COMPANY, ) <br> ) <br>       **Plaintiff,** ) <br> v. ) <br> ) <br> LAWRENCE NORTON, and AURORA ) <br> LOAN SERVICES, LLC and GMAC ) <br> MORTGAGE, LLC, ) <br> ) <br>       **Defendants.** ) | No. 09-2089-STA-dkv |

---

**ORDER OF REFERENCE FOR REPORT AND RECOMMENDATION**

---

Before the Court is Defendant Lawrence Norton's Motion to Dismiss (D.E. # 11) filed on March 20, 2009. This matter is hereby referred to the United States Magistrate Judge for report and recommendation. Any objections to the Magistrate Judge's report shall be made within ten (10) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the Magistrate Judge's report will constitute a waiver of that objection. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).

    **IT IS SO ORDERED.**

                                                        s/S. Thomas Anderson
                                                        S. THOMAS ANDERSON
                                                        UNITED STATES DISTRICT JUDGE

                                                        Date:   July 13, 2009