**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS**

| | | |
|---|---|---|
| **NATIONWIDE MUTUAL FIRE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 2:09-cv-2089-dkv** |
| | ) | |
| **LAWRENCE NORTON, and AURORA** | ) | |
| **LOAN SERVICES, LLC and GMAC** | ) | |
| **MORTGAGE, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**PLAINTIFF'S STIPULATION OF DISMISSAL**

---

     Comes now Plaintiff, Nationwide Mutual Fire Insurance Company, by and through counsel, and notifies this Court that GMAC Mortgage, LLC and Plaintiff have stipulated to the dismissal of the above-styled matter, docket number 2:09-cv-2089 as pertains to Plaintiff and Defendant GMAC.  A proposed order is submitted herewith whereby this action will be dismissed with prejudice as to Defendant GMAC Mortgage, LLC.

                    Respectfully submitted,

                    s/ Russell E. Reviere_____
                    RUSSELL E. REVIERE , BPR #07166
                    JONATHAN D. STEWART, BPR #023039
                    RAINEY, KIZER, REVIERE & BELL, P.L.C.
                    *Attorneys for Plaintiff Nationwide Mutual Fire*
                    *Insurance Company*
                    209 E. Main Street
                    P.O. Box 1147
                    Jackson, TN  38302‒1147
                    (731) 423‒2414

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing pleading was served upon the following counsel via this Court's electronic filing system:

Thomas W. Lawless (BPR # 09211)
Lawless & Associates, P.C.
Attorneys for Aurora Loan Services, LLC
Suite 403, The Customs House
701 Broadway
Nashville, Tennessee 37203
615-351-7839

Christian W. Hancock (BPR # 025812)
BRADLEY ARANT BOULT CUMMINGS, LLP
Attorneys for Defendant GMAC Mortgage, LLC
Bank of America Corporate Center
100 N. Tryon St., Suite 2690
Charlotte, NC 28202
704-338-6000

Terry C. Cox (BPR # 006836)
F. Auston Wortman, III (BPR # 024808)
Attorneys for Defendant Lawrence Norton
149 S. Rowlett
Collierville, TN 38017
901-853-3500

This the 3rd day of September, 2009.

s/Russell E. Reviere