IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

**NATIONWIDE MUTUAL FIRE**
**INSURANCE COMPANY,**

   **Plaintiff,**

vs.                   No. **2:09-cv-2089-dkv**

**LAWRENCE NORTON, and AURORA**
**LOAN SERVICES, LLC and GMAC**
**MORTGAGE, LLC,**

   **Defendants.**

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Nationwide Mutual Fire Insurance Company and Defendant, GMAC Mortgage, LLC, having stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of this action with prejudice between those parties only,

IT IS THEREFORE ORDERED that this action is dismissed with prejudice as between Plaintiff Nationwide Mutual Fire Insurance company and GMAC Mortgage, LLC.

Ordered this 4th day of September, 2009.

              **s/ S. Thomas Anderson**
              S. THOMAS ANDERSON
              UNITED STATES DISTRICT JUDGE