IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | | |
|---|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. **2:09-cv-2089-dkv** |
| LAWRENCE NORTON, and AURORA LOAN SERVICES, LLC and GMAC MORTGAGE, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING MOTION TO STAY LITIGATION AND
SUSPEND RULE 16 DEADLINES**

Before the Court is Plaintiff's June 25, 2009 unopposed Motion to Stay Litigation and Suspend Rule 16 Deadlines. For good cause shown, the motion is GRANTED. The above-style matter is hereby stayed and all Rule 16 Deadlines suspended.

It is so ORDERED this the 21st day of October, 2009.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE