IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,  Plaintiff,  vs.  LAWRENCE NORTON, and AURORA LOAN SERVICES, LLC and GMAC MORTGAGE, LLC,  Defendants. | No. <u>2:09-cv-2089-dkv</u> |

---

## PLAINTIFF'S STIPULATION OF DISMISSAL

---

Comes now Plaintiff, Nationwide Mutual Fire Insurance Company, by and through counsel, and notifies this Court that Aurora Loan Services, LLC and Plaintiff have stipulated to the dismissal of the above-styled matter, docket number 2:09-cv-2089 as pertains to Plaintiff and Defendant Aurora. A proposed order is submitted herewith whereby this action will be dismissed with prejudice as to Defendant Aurora Loan Services, LLC. These parties being the only remaining parties to the above-styled action, Plaintiff's causes of action as to Defendant Lawrence Norton and Defendant GMAC Mortgage, LLC having previously been dismissed with prejudice, Plaintiff requests that the entire matter be dismissed with prejudice.

Respectfully submitted,

s/ Russell E. Reviere
RUSSELL E. REVIERE , BPR #07166
JONATHAN D. STEWART, BPR #023039
RAINEY, KIZER, REVIERE & BELL, P.L.C.
*Attorneys for Plaintiff Nationwide Mutual Fire Insurance Company*
209 E. Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was served upon the following counsel via this Court's electronic filing system:

Thomas W. Lawless (BPR # 09211)
Lawless & Associates, P.C.
Attorneys for Aurora Loan Services, LLC
Suite 403, The Customs House
701 Broadway
Nashville, Tennessee 37203
615-351-7839

Christian W. Hancock (BPR # 025812)
BRADLEY ARANT BOULT CUMMINGS, LLP
Attorneys for Defendant GMAC Mortgage, LLC
Bank of America Corporate Center
100 N. Tryon St., Suite 2690
Charlotte, NC 28202
704-338-6000

Terry C. Cox (BPR # 006836)
F. Auston Wortman, III (BPR # 024808)
Attorneys for Defendant Lawrence Norton
149 S. Rowlett
Collierville, TN 38017
901-853-3500

This the 3rd day of December, 2009.

s/Russell E. Reviere

2