IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

**NATIONWIDE MUTUAL FIRE**
**INSURANCE COMPANY,**

       **Plaintiff,**

**vs.**                                                       **No. 2:09-cv-2089-dkv**

**LAWRENCE NORTON, and AURORA**
**LOAN SERVICES, LLC and GMAC**
**MORTGAGE, LLC,**

       **Defendants.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Came this date Plaintiff Nationwide Mutual Fire Insurance Company and Defendant, Aurora Loan Services, LLC, and informed this Court that they have stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of this action with prejudice between those parties.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice as between Plaintiff Nationwide Mutual Fire Insurance Company and Aurora Loan Services, LLC.

Ordered this 7th day of December, 2009.

                                                    **s/ S. Thomas Anderson**
                                                    S. THOMAS ANDERSON
                                                    UNITED STATES DISTRICT JUDGE