*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **LAWRENCE NORTON, and AURORA LOAN SERVICES, LLC and GMAC MORTGAGE, LLC** | **CASE NO: 09-2089-A** |

---

**DECISION BY COURT.**   This action came to consideration before the Court.   The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED   that in accordance with the Stipulated Order Of Dismissal With Prejudice entered on December 7, 2009, this cause is hereby dismissed with prejudice.**

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 1/6/2010**

**THOMAS M. GOULD**
**Clerk of Court**

**s/Terry L. Haley**
**(By)  Deputy Clerk**